IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| LONG HOANG LAM | § | |
| VS. | § | CIVIL ACTION NO. 5:10cv3 |
| DIRECTOR, TDCJ-CID | § | |

## MEMORANDUM OPINION REGARDING VENUE

Petitioner Long Hoang Lam, an inmate confined in the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

## Discussion

Petitioner was previously convicted of burglary of a building in the 252nd District Court of Jefferson County, Texas. He was sentenced to 20 years confinement.

Petitioner filed this petition for writ of habeas corpus in the district in which he was convicted. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the district in which he was convicted or the district in which he is incarcerated.

Petitioner was convicted in Jefferson County, Texas.

Pursuant to 28 U.S.C. § 124, Jefferson County is in the Eastern District of Texas. However, Jefferson County is located in the Beaumont Division, rather than the Tyler Division of this court. As all records and witnesses involving this action may be located in the Beaumont Division of this court, the transfer of this action to such division would further justice.

Accordingly, this case should be transferred to the Beaumont Division of this court. A Transfer Order shall be entered in accordance with this Memorandum Opinion.

**SIGNED** this   3   day of           March          , 2010.

*Earl S. Hines*
EARL S. HINES
UNITED STATES MAGISTRATE JUDGE